UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON   DATE: June 20, 2016
JUDGE MARY L. COOPER
COURT REPORTER: Regina Tell

TITLE OF CASE:   CV12-2867(MLC)

HELSINN HEALTHCARE S.A.
v.
DR. REDDY'S LABORATORIES, LTD.

APPEARANCES:

Joseph O'Malley, Esq., Eric Dittman, Esq., Young Park, Esq., and Charles Lizza, Esq.,
   for plaintiffs
William Mentlick, Esq., Stephen Roth, Esq., Andrew Lane, Esq., and Maegan Fuller, Esq.,
   for defendants

NATURE OF PROCEEDINGS:

Trial without jury commenced before the Honorable Mary L. Cooper.

Joseph O'Malley, Esq., OPENED for plaintiffs.
William Mentlick, Esq., OPENED for defendants.

Christian Schoneich   SWORN for defendants.

Ordered trial adjourned until 6/21/16 at 9:30am.


Lunch recess: 12:00pm – 1:00pm
**TIME COMMENCED: 9:30am**
**TIME ADJOURNED: 4:00pm**
**TOTAL TIME: 5 hours, 30 minutes**

   **s/Elizabeth Beres**
   **Deputy Clerk**