UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: June 22, 2016**
**JUDGE MARY L. COOPER**
**COURT REPORTER: Regina Tell**

**TITLE OF CASE:**  **CV12-2867(MLC)**

**HELSINN HEALTHCARE S.A.**
**v.**
**DR. REDDY'S LABORATORIES, LTD.**

**APPEARANCES:**

Joseph O'Malley, Esq., Eric Dittman, Esq., Young Park, Esq., and Charles Lizza, Esq.,
    for plaintiffs
William Mentlick, Esq., Stephen Roth, Esq., Andrew Lane, Esq., and Tedd Van Buskirk, Esq.,
    for defendants

**NATURE OF PROCEEDINGS:**

Trial without jury continued before the Honorable Mary L. Cooper.

Harry Brittain continued on direct for defendants.
Robert Hancock SWORN for defendants.

Ordered trial adjourned until 6/27/16 at 9:30am.

Lunch recess: 12:20pm – 1:30pm
**TIME COMMENCED: 9:20am**
**TIME ADJOURNED: 4:30pm**
**TOTAL TIME: 6 hours**

                                                            **s/Elizabeth Beres**
                                                            **Deputy Clerk**