UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: June 28, 2016**
**JUDGE MARY L. COOPER**
**COURT REPORTER: Regina Tell**

**TITLE OF CASE:**  CV12-2867(MLC)

HELSINN HEALTHCARE S.A.
v.
DR. REDDY'S LABORATORIES, LTD.

**APPEARANCES:**

Joseph O'Malley, Esq., Eric Dittman, Esq., Young Park, Esq., and Charles Lizza, Esq.,
    for plaintiffs
William Mentlick, Esq., Stephen Roth, Esq., Andrew Lane, Esq., Tedd Van Buskirk, Esq.,
    Megan Fuller, Esq., and Russ Faegenburg, Esq., for defendants

**NATURE OF PROCEEDINGS:**

Trial without jury continued before the Honorable Mary L. Cooper.

Joanne Broadhead     SWORN for defendants.
Portions of hearing SEALED.

Ordered trial adjourned until 6/29/16 at 9:30am.

Lunch recess: 12:45pm – 1:45pm
**TIME COMMENCED: 9:30am**
**TIME ADJOURNED: 4:30pm**
**TOTAL TIME: 6 hours**

                                                            s/Elizabeth Beres
                                                            **Deputy Clerk**