UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELSINN HEALTHCARE S.A., <br><br> Plaintiff, <br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | **Document Filed Electronically** <br><br> Civil Action No. 12-2867-MLC-DEA <br><br> District Judge Mary L. Cooper <br> Magistrate Judge Douglas E. Arpert |

### CONSENT ORDER

The Court having filed its Memorandum Opinion dated February 14, 2017 (Dkt.232), under temporary seal, and having requested that the parties evaluate whether any portions of the Memorandum Opinion should be permanently sealed; and

The parties having met and conferred, and determined that there is no confidential information in the Memorandum Opinion that requires sealing;

IT IS ORDERED THAT:

The seal on the February 14, 2017 Memorandum Opinion (Dkt.232) is hereby lifted effective immediately, and the opinion shall be placed on the public docket.

**SO ORDERED:**

Dated: 2/15/17

_____
Mary L. Cooper, U.S.D.J.